**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
**CAROLINE ROSKE REILLY, ESQ.**
Nevada Bar No. 13236
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  (702) 257-1997
Facsimile:   (702) 257-2203
lyoung@lgclawoffice.com

Attorneys for Defendant, TARGET CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VICKI MARTINEZ, an individual, | CASE NO.: 2:20-cv-02159-GMN-DJA |
| Plaintiff, | |
| v. | |
| TARGET STORE NO. 2404, an unknown entity; TARGET CORPORATION, a Foreign Corporation; DOES I-V; and ROE CORPORATIONS VI-X, inclusive, | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff, VICKI MARTINEZ, by and through her counsel of record, Craig W. Drummond, Esq. and Liberty A. Ringor, Esq. of the law firm of DRUMMOND LAW FIRM, P.C., and Defendant, TARGET CORPORATION ("Defendant"), by and through its counsel of record, LOREN S. YOUNG, ESQ. and CAROLINE ROSKE REILLY, ESQ., of the law firm LINCOLN, GUSTAFSON & CERCOS, LLP, hereby stipulate and request that the Court extend the expert disclosures and the remaining discovery and dispositive motion deadlines by approximately sixty (60) days. This extension is not sought for the purpose of delay or for any other untoward purpose.  This stipulation is based on the fact that additional time is necessary to conduct discovery; the majority of which relates to the COVID-19 directives. This is the parties' first request to extend any discovery and dispositive motion deadlines in this matter.

Pursuant to Local Rule 26-3, the parties state as follows:

**I.    DISCOVERY COMPLETED TO DATE**

    a.    The parties conducted the Fed. R. Civ. P. 26(f) conference on December 16, 2020;

    b.    The parties have exchanged initial disclosures of documents and lists of witnesses; and

    c.    Defendant has propounded requests for production of documents and interrogatories on Plaintiff, with responses currently due February 11, 2021.

**II.    DISCOVERY TO BE COMPLETED**

    a.    Written discovery requests between the parties;

    b.    Obtain and disclose medical records/billing for Plaintiff;

    c.    Deposition of Plaintiff, Vicki Martinez;

    d.    Deposition of Target Corporation's 30(b)(6) witness;

    e.    Depositions of Target employees;

    f.    Depositions of fact witnesses;

    g.    F.R.C.P. 35 examination of Plaintiff;

    h.    Disclosure of expert witnesses;

    i.    Depositions of Plaintiff's treating physicians;

    j.    Depositions of Plaintiff's experts; and

    k.    Depositions of Defendant's experts.

The above list is made without prejudice to the parties' ability to conduct additional discovery consistent with the Federal Rules of Civil Procedure.

///

///

///

///

///

///

**III.     REASONS WHY THE DEADLINES CANNOT BE COMPLETED WITHIN THE CURRENT SCHEDULE**

This matter is a personal injury claim, where the Plaintiff is alleging injuries due to a slip and fall on the premises of Defendant in Las Vegas, Nevada. Currently, Plaintiff is claiming past and future medical and other damages.  The parties have been participating in the discovery process, however, there is pertinent discovery that remains to be completed.

Additionally, the COVID-19 pandemic has caused scheduling issues that have and may possibly continue to result in delays.   Plaintiff is still treating and as such, the parties will need additional time to evaluate said treatment.  Defendant will be obtaining Plaintiff's past medical records upon receipt of executed HIPAAs.  Until such time that Defendant has received Plaintiff's complete medical records, Defendant's experts cannot conduct a medical records review, perform an F.R.C.P. 35 examination, and attendant expert reports.  Consequently, additional time is necessary in order to complete the expert disclosures and remaining discovery.  The parties agree that this request is not made for the purpose of delay, but to ensure a just adjudication of the case on the merits, and that neither party will be prejudiced by the requested extension.  The parties will continue to work cooperatively with each other to complete discovery.

///

///

///

///

///

///

///

///

///

///

///

///

**IV.          SCHEDULE**

WHEREFORE, the parties respectfully request that this Court extend discovery deadlines as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Discovery Deadline | July 6, 2021 | September 6, 2021 |
| Last Day to Amend Pleadings/Add Parties | April 7, 2021 | June 7, 2021 |
| Initial Expert Disclosure | May 7, 2021 | July 6, 2021 |
| Rebuttal Expert Disclosure | June 4, 2021 | August 3, 2021 |
| Dispositive Motions | August 5, 2021 | October 4, 2021 |
| Pretrial Order | September 3, 2021 | November 2, 2021 |

DATED this 29th day of January, 2021.                DATED this 29th day of January, 2021.

**DRUMMOND LAW FIRM, P.C.**                **LINCOLN, GUSTAFSON & CERCOS, LLP**

*/s/ Craig W. Drummond*                    */s/ Caroline Roske Reilly*

CRAIG W. DRUMMOND, ESQ.                LOREN S. YOUNG, ESQ.
Nevada Bar No. 11109                    Nevada Bar No. 7567
LIBERTY A. RINGOR, ESQ.                CAROLINE ROSKE REILLY, ESQ.
Nevada Bar No. 14417                    Nevada Bar No. 13236
810 S. Casino Center Blvd., Ste.191    3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89101                Las Vegas, NV 89169
*Attorneys for Plaintiff*                *Attorneys for Defendant*

IT IS SO ORDERED

UNITED STATES MAGISTRATE JUDGE

DATED:        February 1, 2021

v:\k-o\martinez_target\atty notes\drafts\pldgs\20210129_SOED(1st)_crr.docx

**Vicki Martinez v. Target Corporation, et al.**
**Clark County Case No. 2:20-cv-02159-GMN-DJA**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 29th day of January, 2021, I served a copy of the attached **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)** to be served via US Mail to the last known address to all parties on the service list as follows:

Craig W. Drummond, Esq.
Liberty A. Ringor, Esq.
DRUMMOND LAW FIRM, P.C.
810 S. Casino Center Blvd., Ste. 101
Las Vegas, NV 89101
craig@drummondfirm.com
liberty@drummondfirm.com
Attorneys for Plaintiff

Carmen A. Cherry, an employee
of the law offices of
Lincoln, Gustafson & Cercos, LLP

V:\K-O\Martinez_Target\POS\20210129_SOED(1st)_cac.doc

-1-