**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  (702) 257-1997
Facsimile:   (702) 257-2203
lyoung@lgclawoffice.com

Attorneys for Defendant, TARGET CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VICKI MARTINEZ, an individual, | CASE NO.: 2:20-cv-02159-GMN-DJA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR WITHDRAWAL OF CAROLINE ROSKE REILLY, ESQ. AS ATTORNEY FOR DEFENDANT TARGET CORPORATION** |
| TARGET STORE NO. 2404, an unknown entity; TARGET CORPORATION, a Foreign Corporation; DOES I-V; and ROE CORPORATIONS VI-X, inclusive, | |
| Defendants. | |

Plaintiff, VICKI MARTINEZ, by and through her attorney of record, CRAIG W. DRUMMOND, ESQ. and LIBERTY A. RINGOR, ESQ. of the law firm DRUMMOND LAW FIRM, P.C., and Defendant, TARGET CORPORATION, by and through its attorney of record, LOREN S. YOUNG, ESQ. of the law firm LINCOLN, GUSTAFSON & CERCOS, LLP, hereby stipulate and request that the Court allow the withdrawal of CAROLINE ROSKE REILLY, ESQ., formerly of the law firm LINCOLN, GUSTAFSON & CERCOS, LLP, as attorney of record for Defendant, TARGET

///

///

///

///

1

1  CORPORATION. Defendant, TARGET CORPORATION, will continue to be represented by
2  LOREN S. YOUNG, ESQ. of the law firm LINCOLN, GUSTAFSON & CERCOS, LLP.
3  DATED this 12th day of May, 2021.                    DATED this 12th day of May, 2021.
4  DRUMMOND LAW FIRM, P.C.                              LINCOLN, GUSTAFSON & CERCOS, LLP
5  /s/ Craig W. Drummond                                /s/ Loren S. Young

CRAIG W. DRUMMOND, ESQ.                                 LOREN S. YOUNG, ESQ.
Nevada Bar No. 11109                                    Nevada Bar No. 7567
LIBERTY A. RINGOR, ESQ.                                 3960 Howard Hughes Parkway, Suite 200
Nevada Bar No. 14417                                    Las Vegas, NV 89169
810 S. Casino Center Blvd., Suite 101                   Attorneys for Defendant,
Las Vegas, NV 89101                                     TARGET CORPORATION
Attorneys for Plaintiff, VICKI MARTINEZ

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: May 13, 2021

v.\k-o\martinez_target\atty notes\drafts\pldgs\20210504_sao_with_crr_bjp.docx

**Barbara Pederson**

| | |
|---|---|
| **From:** | Teri Boykin <Teri@drummondfirm.com> |
| **Sent:** | Wednesday, May 12, 2021 11:26 AM |
| **To:** | Barbara Pederson |
| **Subject:** | RE: Vicki Martinez v. Target Corporation |

Hi Barbara,

Yes, Mr. Drummond has reviewed and is fine with you submitting with his e-signature.



**Teri Boykin**
*Paralegal*

**Phone:** 702-366-9966
**Phone:** 702-4-INJURY / 702-446-5879
**Fax:** 702-508-9440
810 S Casino Center Blvd., Suite 101
Las Vegas, NV 89101
www.DrummondFirm.com

    

This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply and delete the message. Thank you.

**From:** Barbara Pederson <BPederson@lgclawoffice.com>
**Sent:** Wednesday, May 12, 2021 10:58 AM
**To:** Teri Boykin <Teri@drummondfirm.com>
**Cc:** Barbara Pederson <BPederson@lgclawoffice.com>
**Subject:** FW: Vicki Martinez v. Target Corporation

Teri,

I emailed the attached Stipulation to Mr. Drummond and Ms. Ringor on May 4, but I haven't received a response yet. Would you please have the Stipulation either signed or give me permission to e-sign.

Thanks.

**Barbara J. Pederson**
**Office Manager and Legal Assistant to**
**Loren S. Young, Esq. - Managing Partner**