**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
lyoung@lgclawoffice.com

Attorneys for Defendant, TARGET CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VICKI MARTINEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TARGET STORE NO. 2404, an unknown entity; TARGET CORPORATION, a Foreign Corporation; DOES I-V; and ROE CORPORATIONS VI-X, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-02159-GMN-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the Parties, Plaintiff, VICKI MARTINEZ, by and through her attorney of record, CRAIG W. DRUMMOND, ESQ. and LIBERTY A. RINGOR, ESQ. of the law firm DRUMMOND LAW FIRM, P.C., and Defendant, TARGET CORPORATION, by and through its attorney of record, LOREN S. YOUNG, ESQ. of the law firm LINCOLN,

///
///
///
///
///

GUSTAFSON & CERCOS, LLP, that Plaintiff VICKI MARTINEZ's Complaint is hereby dismissed as to all parties, with prejudice, with each party to bear their own attorney's fees and costs.

DATED this ____ day of June, 2021.

DRUMMOND LAW FIRM, P.C.

_____
CRAIG W. DRUMMOND, ESQ.
Nevada Bar No. 11109
LIBERTY A. RINGOR, ESQ.
Nevada Bar No. 14417
810 S. Casino Center Blvd., Suite 101
Las Vegas, NV  89101
Attorneys for Plaintiff, VICKI MARTINEZ

DATED this 10 day of June, 2021.

LINCOLN, GUSTAFSON & CERCOS, LLP

_____
LOREN S. YOUNG, ESQ.
Nevada Bar No. 7567
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV  89169
Attorneys for Defendant,
TARGET CORPORATION

**IT IS SO ORDERED.**

Dated this  11  day of June, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

v.\k-o\martinez_target\atty notes\drafts\pldgs\20210608_sodw_bjp.docx

-2-